UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IMMIGRANT INVESTORS ASSOCIATION, INC., d/b/a INVEST IN THE USA ("IIUSA") | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), | ) ) ) | Case No.: **1:25-cv-2902** |
| Defendant. | ) ) ) ) | |

**EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
UNDER THE FREEDOM OF INFORMATION ACT**

## **TABLE OF CONTENTS**

Exhibit 1: COW2025000286 FOIA Request and Confirmation Letter……………………….……001

Exhibit 2: COW2025000287 FOIA Request and Confirmation Letter.……………….…………007

Exhibit 3: COW2025003539 FOIA Request and Confirmation Letter.…………………….……013

Exhibit 4: COW2025003540 FOIA Request and Confirmation Letter.………………….………019

Exhibit 5: Fifth FOIA Request and Confirmation Letter.……………….........................…………025

Exhibit 6: Sixth FOIA Request and Confirmation Letter.………………......................…………028

# EXH. 1



**William P. Gresser,** President
**Noreen Hogan,** Vice President
**Adam Greene,** Secretary-Treasurer
**Aaron L. Grau,** Executive Director

**Christine Chen,** Director
**Roberto Contreras IV,** Director
**Rush Deacon,** Director
**Lulu Gordon,** Director
**Daniel J. Healy,** Director
**Mariza McKee,** Director
**John Pratt,** Director
**Darrell Sanders,** Director
**Christian Triantaphyllis,** Director
**Dan Wycklendt,** Director

**K. David Andersson,** President Emeritus
**Robert Kraft,** President Emeritus
**Stephen Yale-Loehr,** President Emeritus
**Robert C. Divine,** Director Emeritus
**Patrick F. Hogan,** Director Emeritus
**Henry Liebman,** Director Emeritus
**Tom Rosenfeld,** Director Emeritus
**Stephen Strnisha,** Director Emeritus

VIA FIRST                                                          January 10, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

### RE: Freedom of Information Act Request

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1. Form I-526 receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from December 1 through December 31, 2024. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

   We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|

| (Country Name) | # | # | # | # |
|---|---|---|---|---|

Number of **I-526** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

003



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

**Control Number: COW2025000286**

January 21, 2025

Ashley Casey
80 M Street SE
Suite 100
Washington, DC 20003

Dear Ashley Casey:

We received your request for information on January 10, 2025. Your request asked for: "Form I-526 receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from December 1 through December 31, 2024. Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.  We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated.  PLEASE SEE ATTACHED DOCUMENT FOR THE FULL SCOPE OF THE REQUEST."

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2025000286. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

COW2025000286
Page 2

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXH. 2



**William P. Gresser,** President
**Noreen Hogan,** Vice President
**Adam Greene,** Secretary-Treasurer
**Aaron L. Grau,** Executive Director

**Christine Chen,** Director
**Roberto Contreras IV,** Director
**Rush Deacon,** Director
**Lulu Gordon,** Director
**Daniel J. Healy,** Director
**Mariza McKee,** Director
**John Pratt,** Director
**Darrell Sanders,** Director
**Christian Triantaphyllis,** Director
**Dan Wycklendt,** Director

**K. David Andersson,** President Emeritus
**Robert Kraft,** President Emeritus
**Stephen Yale-Loehr,** President Emeritus
**Robert C. Divine,** Director Emeritus
**Patrick F. Hogan,** Director Emeritus
**Henry Liebman,** Director Emeritus
**Tom Rosenfeld,** Director Emeritus
**Stephen Strnisha,** Director Emeritus

VIA FIRST                                                    January 10, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

### RE: Freedom of Information Act Request

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1. Form I-526E receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from December 1 through December 31, 2024. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

   We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526E** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|

| (Country Name) | # | # | # | # |
|---|---|---|---|---|

Number of **I-526E** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

009

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

Control Number: COW2025000287

January 14, 2025

Ashley Casey
80 M Street SE
Suite 100
Washington, DC 20003

Dear Ashley Casey:

We received your request for information on January 10, 2025. Your request asked for: "Form I-526E receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from December 1 through December 31, 2024. Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form. We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:  PLEASE SEE ATTACHED DOCUMENT FOR THE FULL SCOPE OF THE REQUEST."

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2025000287. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

COW2025000287
Page 2


You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office,  P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.



Sincerely,

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXH. 3



VIA FIRST                                                May 17, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

### RE: Freedom of Information Act Request

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1. Form I-526 receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from February 1 through April 30, 2025. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

   We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

015



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship
and Immigration
Services**

June 3, 2025

Control Number: COW2025003539

Ashley Casey
Invest in the USA (IIUSA)
80 M Street SE
Suite 100
Washington, DC 20003

Dear Ashley Casey:

We received your request for information on May 19, 2025. Your request asked for:

"Form I-526 receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from February 1 through April 30, 2025. Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.  Refer to the attached document for the full scope of the request."

We may need to contact you at a later date to discuss the scope of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2025003539. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

<u>How to Check the Status of Your Request</u>

COW2025003539
Page 2


You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.


Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXH. 4



VIA FIRST                                                                    May 17, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

### RE: Freedom of Information Act Request

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1. Form I-526E receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from February 1 through April 30, 2025. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

    We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526E** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

021

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

Control Number: COW2025003540

June 5, 2025

Ashley Casey
Invest in the USA (IIUSA)
80 M Street SE
Suite 100
Washington, DC 20003

Dear Ashley Casey:

We received your request for information on May 19, 2025. Your request asked for:

"Form I-526E receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from February 1 through April 30, 2025. Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.  Refer to the attached document for the full scope of the request."

We may need to contact you at a later date to discuss the scope of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2025003540. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

COW2025003540
Page 2

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXH. 5



VIA FIRST                                                                July 8, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

**RE: Freedom of Information Act Request**

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1. Form I-526 receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from May 1 through June 30, 2025. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

   We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

027

# EXH. 6



VIA FIRST                                                                July 8, 2025

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

**Attention:** *SENIOR FOIA OFFICER*

### RE: Freedom of Information Act Request

To whom it may concern:

Pursuant to the Freedom of Information Act, U.S.C., et Seq., and C.F.R. 103.8 et Seq., I, Ashley Sanislo Casey, as Director of Education and Professional Development, on behalf of the Invest in the USA ("IIUSA"), am hereby making this request for release of information.

**We respectfully request that you please provide the following:**

1.  Form I-526E receipts, approvals, denials, and withdrawals by country of birth by investment type (high unemployment, rural, infrastructure, or unreserved) from May 1 through June 30, 2025. **Please note we are NOT asking for information on specific A-files, but rather aggregated data related to the aforementioned form.**

    We prefer this data to be given in spreadsheet form and below is an example to help convey the data we are requesting and the format for which it should be disseminated:

Number of **I-526E** Petitions **Received** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Approved** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Denied** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

Number of **I-526E** Petitions **Withdrew** by Country of Birth by Investment Type

| Country of Birth | Rural Area | High Unemployment Area | Infrastructure | Unreserved (including C5, T5, I5, R5) |
|---|---|---|---|---|
| (Country Name) | # | # | # | # |

IIUSA is a 501(c)(6) not-for-profit trade organization comprised of USCIS designated Regional Center members who manage, operate, and promote employment-creating investment into specified regional areas of the United States. As such IIUSA has a vital interest in the information sought in this Freedom of Information Request.

As a trade organization we have no interest in the personal information pertaining to beneficiaries or petitioners. The purpose of this request is to advance and maintain Regional Center industry standards and best practices.

We trust you will find the enclosed in order and sufficient to proceed with this request. I respectfully ask that you conduct a search and forward all records you have on file regarding the above referenced matters to our offices at the address noted on the bottom of the first page.

Please feel free to contact me with any questions at ashley.casey@iiusa.org or 202-795-9664. Thank you for your assistance.

Sincerely,

Ashley Sanislo Casey
IIUSA Director of Education & Professional Development

030