UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRANT INVESTORS ASSOCIATION, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>   Defendant. | Civil Action No. 25-2902 (BAH) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

  Pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order 8 et al., the Federal Bureau of Investigation ("Defendant"), by and through undersigned counsel, respectfully moves this Court for a fourteen-day extension of time, up to and including October 17, 2025, to answer or otherwise respond to the Complaint filed by Plaintiff in the above-captioned matter. Defendant contacted Plaintiff regarding this Motion prior to filing; Plaintiff does not oppose.

  There is good cause for the Court to grant the requested relief, and, in support of this motion, Defendant states as follows:

1. The current deadline for the Defendant to file an Answer or otherwise respond to the August 27, 2025, Complaint is Friday, October 3, 2025.

2. Defendant is requesting a fourteen-day extension to Friday, October 17, 2025.

3. Undersigned counsel was just recently assigned to this matter and requires additional time to review the background of the case and discuss the matter with assigned agency counsel.

- 2 -

4. The extension is requested in good faith and not for the purpose of delay. *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent.").

5. This is the first extension or continuance requested by the Defendant in this case.

6. No party will be prejudiced by the requested extension, and no other deadline in this matter will be affected by the requested extension.

7. Pursuant to Local Civil Rule 7(m), the Defendant conferred with the opposing party prior to filing this Motion, and they do not oppose.

*     *     *

For the stated reasons, Defendant respectfully requests that the Court grant a fourteen-day extension for Defendant to answer or otherwise respond to the Complaint. A proposed order is enclosed.

| | |
|---|---|
| Dated: September 30, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: _____*/s/ Zachary J. Krizel*_____<br>ZACHARY J. KRIZEL<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2518<br>Zachary.Krizel@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRANT INVESTORS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Civil Action No. 25-2902 (BAH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the Complaint, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including October 17, 2025, to answer or otherwise respond to the Complaint.

SO ORDERED this _____ day of _____, 2025.

_____
BERYL A. HOWELL
United States District Judge